Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (310) 425-0922
Facsimile: (303) 893-6110
Email: mrollin@rplaw.com

Kyle C. Velte *(Pro Hac Vice)*
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
kvelte@rplaw.com

Attorneys for Plaintiff Lehman Brothers Holdings, Inc.

and

Jozef G. Magyar (State Bar No. 216056)
Law Offices of Herman Thordsen
6 Hutton Centre Drive, Suite 1040
Santa Ana, CA 92707
Telephone: (714) 662-4990
Facsimile: (714) 662-4999

Attorney for Defendant Mountain West Financial, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN WEST FINANCIAL, INC., D/B/A/ MORTGAGE WORKS FINANCIAL, <br><br> Defendants. | CASE NO. CV-09-09202 DMG (DTBx) <br><br> **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [JS-6]** |

1

**PROPOSED ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

488952

Pursuant to the parties' Stipulation for Dismissal With Prejudice [Doc. # 20], filed on December 14, 2010, the Court hereby dismisses the above-entitled action with prejudice, each party bearing its own fees and costs.

IT IS SO ORDERED.

DATED: December 16, 2010

*[signature]*
_____
Honorable Dolly M. Gee
United States District Judge